```
 1
 2
 3
 4
 5
 6
 7
 8                       IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10  VICTOR HUGO CISNEROS NEGRETE,
    ROCIO HERMINIA GUTIERREZ-GARCIA,
11
              Petitioners,              No. CIV S-06-2713 MCE GGH P
12       vs.
13  SECRETARY OF U.S. DEPARTMENT
    OF HOMELAND SECURITY, et al.,
14
              Respondents.              ORDER
15                                   /
16
            Petitioners have filed an application for a writ of habeas corpus pursuant to 28
17
    U.S.C. § 2241.  Petitioners have paid the filing fee.
18
            Since petitioners may be entitled to the requested relief if the claimed violation of
19
    constitutional rights is proved, respondents will be directed to file an answer or a motion to
20
    dismiss.
21
            In accordance with the above, IT IS HEREBY ORDERED that:
22
            1. Respondents are directed to file an answer or a motion to dismiss within thirty
23
    days from the date of this order.  If an answer is filed, respondents shall include with the answer
24
    any and all transcripts or other documents relevant to the determination of the issues presented in
25
    the application.
26
                                         1
```

2. Petitioners' reply (traverse), if any, is due on or before thirty days from the date respondents' answer is filed; an opposition to a motion to dismiss is due within thirty days of service of the motion to dismiss;

3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioners' application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney, and shall separately serve, by mail, a copy of petitioners' application and this order upon the U.S. Department of Homeland Security.

DATED: 12/5/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
negr2713.100fee