McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HUGO CISNEROS NEGRETE and ROCIO HERMINIA GUTIERREZ-GARCIA,<br><br>    Petitioners,<br><br>    v.<br><br>MICHAEL CHERTOFF, et. al.,<br><br>    Respondents. | 06-CV-2713 MCE-GGH<br><br><br><br><br><br>ORDER |

Having considered the request of the respondents, it is hereby **ORDERED** that the respondents' answer is now due on or before March 6, 2007.

DATED: 1/4/07           /s/ Gregory G. Hollows
                        _____
                        GREGORY G. HOLLOWS
                        United States Magistrate Judge

negr2713.po

1