IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR HUGO CISNEROS NEGRETE,
ROCIO HERMINIA GUTIERREZ-GARCIA,

        Petitioners,                      No. CIV S-06-2713 MCE GGH P

   vs.

SECRETARY OF U.S. DEPARTMENT
OF HOMELAND SECURITY, et al.,

        Respondents.               ORDER

_____/

        Petitioners, proceeding with counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 19, 2007, respondent's motion to dismiss for lack of jurisdiction came on for hearing. Petitioners were represented by Steven Brazelton; Assistant U.S. Attorney Audrey Hemesath appeared for respondent.

        Following oral argument, counsel were directed, within twenty calendar days of the hearing, that is, on or before May 9, 2007, to file simultaneous supplemental briefing, considering the ramifications for the pending motion of the recently decided Ninth Circuit panel decision, Ramadan v. Gonzales, 479 F.3d 646 (9th Cir. 2007).

        IT IS SO ORDERED.

DATED: 4/23/07                                    /s/ Gregory G. Hollows

                                                   GREGORY G. HOLLOWS
                                                   UNITED STATES MAGISTRATE JUDGE

GGH:009/negr2713.brf