IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HUGO CISNEROS NEGRETE,<br>ROCIO HERMINIA GUTIERREZ-GARCIA, | No. 2:06-cv-02713-MCE-GGH P |
| Petitioners, | |
| vs. | ORDER |
| SECRETARY OF U.S. DEPARTMENT<br>OF HOMELAND SECURITY, et al., | |
| Respondents. | |

Petitioners, proceeding with counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 4, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioners have filed objections to the findings and recommendations, and respondent has filed a reply to the objections.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 4, 2008, are adopted in full; and

2. Respondent's motion to dismiss for lack of jurisdiction, filed on March 7, 2007 (# 14), is granted and the petition is dismissed.

Dated:  February 15, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE